

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| PERCELL ELLISON, JR., a/k/a ) | CASE NO. CR408-315 |
| Junior, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### O R D E R

Before the Court is Defendant Purcell Ellison's Motion for Bond. (Doc. 539.) After careful consideration, Defendant's Motion for Bond is **DENIED**.

SO ORDERED this 6th day of May, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA