IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR408-315-12 |
| | ) | |
| PERCELL ELLISON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Percell Ellison, Jr.'s Motion for Early Termination of Supervised Release. (Doc. 1579.) After careful consideration of the record in this case, the Court "is satisfied that [termination] is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). As a result, Defendant's motion is **GRANTED** and his term of supervised release is terminated.

SO ORDERED this 23rd day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA